■ In the Matter of BRAD McCASKELL, Petitioner, v ALBERT PRACK, as Acting Director of Special Housing and Inmate Disciplinary Programs, Respondent. [936 NYS2d 923]

Spain, J.P., Malone Jr., Kavanagh, Garry and Egan Jr., JJ., concur. Adjudged that the petition is dismissed, as moot, without costs.